UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION-LEXINGTON

CIVIL ACTION NO. 07-48-JMH

ANDREA L. COMBS, Administratrix for the
Estate of Homer Combs, and ANDREA L. COMBS,
Administratix for the Estate of Karen A. Combs                                                    PLAINTIFF

VS.                                                        **O R D E R**

AMEX ASSURANCE COMPANY                                                                              DEFENDANTS

      This matter having been referred to the undersigned for the purpose of conducting a preliminary pretrial conference,

      IT IS THEREFORE ORDERED as follows:

      (1) That this matter is scheduled for a pretrial conference on **Wednesday, April 2, 2008, at the hour of 9:30 a.m.**, United States Courthouse, Courtroom C, Fourth Floor Lexington, Kentucky.

      (2) That all pretrial filings shall be made on or before **March 26, 2008**.

      (3) That pursuant to Item H(6) of the Management Plan for Official Court Reporters of The United States District Court For The Eastern District of Kentucky effective June l3, 1985, the Magistrate Judge hereby determines and orders that a court reporter is required by the particular circumstances of these matters to record the proceedings to be conducted on April 2, 2008, pursuant to this Order.

      This 20th day of November, 2007.



Signed By:
**James B. Todd**
United States Magistrate Judge